**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-20415-MSN** |
| | ) | |
| **MAURO HERNANDEZ GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

---

Comes now, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Clinton A. Crosier, Special Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By: /s/ Clinton A. Crosier
Clinton A. Crosier
Special Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-969-2956

## CERTIFICATE OF CONSULTATION

I certify that on January 8, 2026, I conferred via e-mail with Barry McWhirter counsel for defendant Mauro Hernandez Gonzalez.

/s/Clinton A. Crosier
Clinton A. Crosier
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Clinton A. Crosier, Special Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been forwarded to Counsel for the Defendant via the court's electronic delivery system.

/s/Clinton A. Crosier
Clinton A. Crosier
Special Assistant United States Attorney