**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:25-cr-20415-01-MSN

MAURO HERNANDEZ GONZALEZ,

Defendant.

---

**ORDER GRANTING MOTION TO DISMISS INDICTMENT**

---

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the indictment in the above-referenced case is hereby **DISMISSED WITHOUT PREJUDICE** as to Mauro Hernandez Gonzalez.

**IT IS SO ORDERED**, this 14th day of January, 2026.

***s/ Mark S. Norris***
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE